sippi, and *George H. Ethridge,* Assistant Attorney General, for appellee. 

No. 284. Bourquardez, Receiver, *v.* Florida State Racing Commission. 
 *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Thomas M. Shackleford, Jr.* for appellant. *G. L. Reeves* for appellee. 

No. 5, Original. New Jersey *v.* New York et al.; and
No. 7, Original. Texas *v.* Florida et al. These cases are ordered stricken from the docket.

No. 844, October Term, 1949. Loew's, Inc. *v.* United States;
No. 845, October Term, 1949. Warner Bros. Pictures, Inc. et al. *v.* United States;
No. 846, October Term, 1949. Twentieth Century-Fox Film Corp. et al. *v.* United States; and
No. 847, October Term, 1949. United States *v.* Loew's, Inc. et al. The order of this Court entered in these cases on June 5, 1950, is amended to read as follows:

"*Per Curiam:* The judgment is affirmed. Mr. Justice Reed and Mr. Justice Burton are of the opinion that probable jurisdiction should be noted and the cases set down for argument. Mr. Justice Jackson and Mr. Justice Clark took no part in the consideration or decision of these cases."

[The order is reported as amended in the bound volume of 339 U. S. at p. 974.]